| AO-10 Rev. 4/94 | FINANCIAL DISCLOSURE REPORT NOMINATION | Report Required by the Ethics in Government Act of 1978 (5 U.S.C.A. App. 6, 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) Fletcher, William A. | 2. Court or Organization Ct. of App. for the 9th Cir. | 3. Date of Report 04/25/95 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Professor of Law | 5. Report Type (check appropriate type) X Nomination, Date 04/25/95 ___ Initial ___ Annual ___ Final | 6. Reporting Period 01/01/94 - 04/01/95 |
| 7. Chambers or Office Address Univ. of California, Berkeley School of Law (Boalt Hall) Berkeley, CA 94720 | 8. On the basis of the information contained in this report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Professor of Law | University of California, Berkeley |
| Adjunct Prof. of Law | University of Calif. Hastings College of the Law |
| Adjunct Prof. of Law | Golden Gate University School of Law |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| 01/07/77 | University of Calif. pension, which is now vested (no control) |
| 04/15/95 | UC Berk Law Sch; agrmt to teach 1 crse per yr; sal w/in 15% cells |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (Self, or spouse) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1. 1994 | University of California, Berkeley; Salary | $ 92770.00 |
| 2. 1994 | Univ. of Calif., Hastings Coll. of the Law; Salary | $ 21200.00 |
| 3. 1994 | Golden Gate Univ. School of Law; Salary | $ 11000.00 |
| 4. 1994 | Harcourt, Brace (BAR/BRI Bar Review); Lect. Fees | $ 55000.00 |
| 5. 1994 | McCutchen, Doyle.; B & R; S Francisco; Consult Fees | $ 2000.00 |

4.   List sources and amounts of all income received during the
     calendar year preceding your nomination and for the current
     calendar year, including all salaries, fees, dividends,
     interest, gifts, rents, royalties, patents, honoraria, and
     other items exceeding $500.00 or more.  (If you prefer to do
     so, copies of the financial disclosure report, required by
     the Ethics in Government Act of 1978, may be substituted
     here.)

     Please see form on next page.

23

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Fletcher, William A. | Date of Report<br>04/25/95 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☑ NONE (No such reportable reimbursements or gifts) | |
| Exempt | Exempt |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☑ NONE (No such reportable gifts) | | |
| Exempt | Exempt | $ 0.00 |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE[2] |
|---|---|---|
| ☑ NONE (No reportable liabilities) | | |
| None | None | |
| | | |
| | | |
| | | |
| | | |
| | | |

[2] VALUE CODES: J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 to $250,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Fletcher, William A. | Date of Report<br>04/25/95 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions     (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical. Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. (A-H) | (2) Type (e.g. div., rent, int.) | (1) Value (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy, sell, merger, redemp.) | (2) Date mo. day | (3) Value (J-P) | (4) Gain (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1   R Prop in Centralia, WA (J) | A | None | K | W | | | | | |
| 2   Dreyfus Liq. Assets H/H (J) | A | Intere | J | T | | | | | |
| 3   Dreyfus Rough Account | C | Intere | L | T | | | | | |
| 4   Wells Fargo Rough Account | A | Intere | J | T | | | | | |
| 5   Dreyfus Liq. Asts. H/H (DC) | A | Intere | J | T | | | | | |
| 6   Dreyfus Liq. Asts. H/H (DC) | A | Intere | J | T | | | | | |
| 7   Safeco Ins. Annuity (DC) | A | | J | T | | | | | / |
| 8   Safeco Ins. Annuity (DC) | A | | J | T | | | | | |
| 9   Safeco Ins. Annuity (DC) | A | | J | T | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| 1   Income Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to $5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| 2   Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| 3   Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Fletcher, William A. | Date of Report<br>04/25/95 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

None _____

_____

## I. POSITIONS (Cont'd.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| Lecturer | Harcourt, Brace Jovanovich, BAR/BRI Bar Review |
| Consultant | McCutchen, Doyle, Brown & Emerson; San Francisco |
| Consultant | Bartko, Tarrant & Miller; San Francisco |
| Trustee | Isla M. Morris Trust for Hilary Ward Morris |
| Trustee | Isla M. Morris Trust for Christopher A. Morris |
| Custodian | Custodial Acct. for Minor Child Anna R. Fletcher |
| Custodian | Custodial Acct. for Minor Child Anna R. Fletcher |

## III. NON-INVESTMENT INCOME (Cont'd.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 1994 | Bartko, Tarrant & M.; S. Francisco; Consult. Fees | $ 7875.00 |
| 1994 | Harcourt Brace (Gilbert Law Summaries); Royalty | $ 332.03 |
| 04/01/95 | University of California, Berkeley; Salary | $ 32448.52 |
| 04/01/95 | Harcourt Brace (BAR/BRI Bar Review); Lect. Fees | $ 15000.00 |
| 04/01/95 | Harcourt Brace (Gilbert Law Summaries); Royalty | $ 87.42 |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Fletcher, William A. | Date of Report<br>04/25/95 |
|---|---|---|

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _William A. Fletcher_     Date _April 25, 1995_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, 104, AND 18 U.S.C. 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Washington, D.C. 20544

Digitized by Google

5. Please complete the attached financial net worth statement in detail. (Add schedules as called for.)

Please see form on next page.

.

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 11 | 000 | 00 | Notes payable to banks—secured | | 0 | — |
| U.S. Government securities—add schedule | | 0 | — | Notes payable to banks—unsecured | | 0 | — |
| Listed securities—add schedule | | 0 | — | Notes payable to relatives | | 0 | — |
| Unlisted securities—add schedule | | 0 | — | Notes payable to others | | 0 | — |
| Accounts and notes receivable: | | 0 | — | Accounts and bills due | | 0 | — |
| Due from relatives and friends | | 0 | — | Unpaid income tax | | 0 | — |
| Due from others | | 0 | — | Other unpaid tax and interest | | 0 | — |
| Doubtful | | 0 | — | Real estate mortgages payable—add schedule ( Please see attached ) | 426 | 372 | 56 |
| Real estate owned—add schedule ( Please see attached ) | 755 | 000 | 00 | Chattel mortgages and other liens payable | | 0 | — |
| Real estate mortgages receivable | | 0 | — | Other debts—itemize: | | 0 | — |
| Autos and other personal property | 63 | 000 | 00 | | | | |
| Cash value—life insurance | | 0 | — | | | | |
| Other assets—itemize: | | | | | | | |
| IRA and Keogh Accounts (self) | 70 | 000 | 00 | | 0 | | |
| IRA Accounts (spouse) | 1 | 750 | 00 | | | | |
| Capitalized value of royalties | 2 | 000 | 00 | Total Liabilities | 426 | 372 | 56 |
| | | | | Net Worth | 476 | 377 | 44 |
| Total Assets | 902 | 750 | 00 | Total liabilities and net worth | 902 | 750 | 00 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 0 | — | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | 0 | — | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | 0 | — | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | 0 | — | | | | |
| Other special debt | | 0 | — | | | | |

Digitized by Google